**U.S. COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, NW, Washington, DC 20581
Telephone: (202) 418-5000
Facsimile: (202) 418-5521
www.cftc.gov

**Division of Enforcement**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/28/12
```

**MEMO ENDORSED**

PETER M. HAAS
CHIEF TRIAL ATTORNEY
Phone: (202) 418-5377
Facsimile: (202) 418-5124
E-mail: phaas@cftc.gov

August 27, 2012

**VIA FACSIMILE ONLY**
(212) 805-6724

The Honorable Frank Maas
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 20A
New York, NY 10007-1312

        RE: *Commodity Futures Trading Commission v.*
           *International Commodity Advisors, et al.*
           Case No. 11-cv-07741

Dear Judge Maas:

  As the Court may be aware, the Consent Order for Permanent Injunction and Ancillary Equitable Relief recently approved by the Court (D.E. 23) provides that there will be a subsequent order entered by the Court imposing additional remedies, to be determined by the Court. The parties have reached an agreement on the proposed process and timing for presenting written submissions, with any supporting evidence or documents, and we request that the Court endorse this proposed agreement by endorsing this letter as "so ordered."

  Plaintiff Commodity Futures Trading Commission ("CFTC") and Defendants International Commodity Advisors and Gregory Seitz ("ICA" and "Seitz" or "Defendants") propose:

1. That counsel for Plaintiff Commission and counsel for Defendants each submit simultaneous briefs on the remaining issues to be addressed within 45 days of the Court's endorsement of this letter;

2. That the initial briefs submitted by respective counsel shall not exceed twenty (20) pages, exclusive of table of contents, table of authorities, and any supporting declaration or exhibits;

1

3. That respective counsel shall each have an opportunity to submit a response ("Response Brief") to the other party's/parties' Initial Brief, which shall be limited to matters raised in the opposing party's/parties' Initial Brief, within 14 days after the filing of the Initial Briefs,

4. That Response Briefs filed by counsel shall not exceed ten (10) pages in length, exclusive of any supporting exhibits; and

5. Counsel may append up to twenty (20) supporting exhibits, with both their Initial Briefs and their Response Briefs.

Thank you very much for your consideration of this request.

Sincerely,

_____
Harris L. Kay, Esq.
Counsel for Defendants ICA and Seitz

_____
Peter M. Haas, Counsel for Plaintiff

SO ORDERED:
_____
Frank Maas, United States Magistrate Judge

Dated: 8/27/12

2